# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-21-00121-CV

**In re Elizabeth Weston**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## O R D E R

**PER CURIAM**

Relator Elizabeth Weston has filed an Opposed Motion for Emergency Temporary Relief. *See* Tex. R. App. P. 52.1, 52.10(a). On May 4, 2021, we granted the motion and temporarily stayed all proceedings in the trial court for thirty days, and we extended the stay for an additional thirty days on June 3, 2021. We extend the temporary stay of all proceedings in the trial court, pending further order of this Court. *See id*. 52.10(b).

It is ordered on July 5, 2021.

Before Chief Justice Byrne, Justices Baker and Smith